## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| ARLAN PRICE, | ) | CIVIL CASE NO. 15-00030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER DISMISSING WITH** |
| | ) | **PREJUDICE** |
| AMBYTH SHIPPING & TRADING, | ) | |
| INC. and THE AMBYTH GROUP, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties have stipulated to the dismissal of this case with prejudice. ECF No. 72. Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that the parties may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared in the case. The stipulation here complies with the Rule 41 requirements.

Based on the stipulation, the court ORDERS this matter **DISMISSED WITH PREJUDICE**. The court will also retain jurisdiction, based on the agreement of the parties, until November 22, 2018, so as to assist with enforcement of the terms of settlement if necessary.

**IT IS SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Dec 20, 2017**